# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LARRY GENE BURKS
ADC #141354                                            PLAINTIFF

v.                      No. 4:18-cv-245-DPM

STEVEN M. COLLOTON, DUANE BENTON,
and JANE KELLY, United States Circuit Judges,
United States Court of Appeals for the Eighth
Circuit; JOHN LANGSTON, Pulaski County
Circuit Court Judge; WILL JONES, Assistant
Prosecuting Attorney; and VALERIE
BROWN, Blue Cross Blue Shield                          DEFENDANTS

## JUDGMENT

Burks's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 April 2018